## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FAN FI INTERNATIONAL, INC., et al., | ) ) ) | 3:16-CV-0661-RCJ (VPC) |
| Plaintiffs, | ) ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) ) | July 5, 2017 |
| INTERLINK PRODUCTS INTERNATIONAL, INC., et al., | ) ) ) ) | |
| Defendant. | ) ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                </u>

**MINUTE ORDER IN CHAMBERS:**

    Defendant, Interlink Products International, Inc. ("Interlink"), has filed an emergency motion for an order staying any discovery in connection with eight third-party document subpoenas pending resolution of Interlink's motion for a protective order (ECF No. 51) and/or motion to stay discovery (ECF No. 50).

    Between June 20 and June 23, 2017, plaintiffs served identical document subpoenas ("subpoenas") to eight separate entities that are either customers of Interlink or with which Interlink has a business relationship. *See* motion for protective order (ECF No. 51) at Exhibits 1, 7 & 8. Defendant claims the subpoenas are overbroad and seek information, much of which is competitively sensitive, that is irrelevant to the case. *See* motion for protective order, at *passim*. The deadline to respond to the subpoenas *duces tecum* is July 13, 2017.

    The court agrees a stay is necessary to preserve the status quo pending a resolution of Interlink's motions. Accordingly, the emergency motion to stay compliance with subpoenas (ECF No. 52) is **GRANTED** as follows:

    1.    Compliance with the subpoenas is **STAYED** until further order of the court;

2. Plaintiffs shall immediately serve a copy of this order on all recipients of the subpoenas; and
3. Plaintiffs shall file a proof of service of this order on each subpoena recipient.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk