| | |
|---|---|
| Tamara Reid (SBN 9840)<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Phone: (775) 327-3000<br>Fax: (775) 786-6179<br>treid@hollandhart.com | Jason B. Lattimore<br>THE LAW OFFICES OF<br>JASON B. LATTIMORE, ESQ., LLC<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Jason@LattimoreLaw.com<br>Tel: (973) 998-7477<br>Fax: (973) 264-1159 |
| Brent E. Johnson (Admitted *pro hac vice*)<br>HOLLAND & HART LLP<br>222 South Main St., Suite 2200<br>Salt Lake City, UT 84101<br>Phone: (801) 799-5873<br>Fax: (801) 618-4238<br>bjohnson@hollandhart.com<br>cbhadley@hollandhart.com | Michael D. Hoy<br>HOY CHRISSINGER KIMMEL VALLAS, PC<br>50 West Liberty Street, Suite 840<br>Reno, Nevada 89501<br>Tel: (973) 998-7477<br>mhoy@nevadalaw.com<br><br>Attorneys for Defendant,<br>*Interlink Products International, Inc* |
| Christopher B. Hadley<br>(Admitted *pro hac vice)*<br>DART, ADAMSON & DONOVAN<br>1225 Deer Valley Drive, Suite 201<br>Park City, Utah 84060<br>Phone: (435) 615-2264<br>Fax: (435) 608-1697<br>cbhadley@dadlaw.net | ✓ FILED     ___ RECEIVED<br>___ ENTERED  ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>AUG 10 2017<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |
| *Attorneys for Plaintiffs*<br>*Fan Fi International, Inc. and ETL, LLC* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*ORDER*

| | |
|---|---|
| FAN FI INTERNATIONAL, INC., a Nevada corporation, and ETL, LLC d/b/a OXYGENICS, a Nevada limited liability company,<br><br>            Plaintiffs,<br><br>v.<br><br>INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br><br>            Defendant. | Case No. 3:16-cv-00661-RCJ-VPC<br><br>**JOINT CASE MANAGEMENT REPORT**<br><br><u>**REQUEST TO VACATE AUGUST 14, 2017 CONFERENCE**</u> |

Plaintiffs Fan Fi International, Inc. and ETL, LLC ("Plaintiffs") and Defendant Interlink Products International, Inc. ("Defendant"), hereby submit this Joint Case Management Report, in advance of the case management conference currently set for August 14, 2017, at 9:00 a.m.

There are several pending motions currently before the Court. Defendant filed a Motion for Judgment on the Pleadings (ECF No. 48), Motion to Stay Discovery (ECF No. 50) and Motion for Protective Order on Subpoenas (ECF No. 51). Plaintiffs have responded to each of these motions (ECF No. 60, 61, 67), and Defendants have replied. (ECF No. 68, 69, 70). Plaintiffs further moved for leave to file a sur-reply with respect to the Motion for Judgment on the Pleadings, ECF No. 71, and Defendants filed a response. ECF No. 73. Plaintiffs will be filing a reply and awaiting a decision from the Court on permission to file a sur-reply.

The parties have been conferring regarding settlement and will be conducting focused settlement discussions next week. Given the foregoing, and in an effort to minimize additional expense in advance of the parties' settlement discussions, the parties hereby jointly request to vacate the August 14, 2017, Case Management Conference.

DATED this 10th day of August, 2017.

/s/ Tamara Reid
Tamara Reid (SBN 9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Brent E. Johnson (Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101

Christopher B. Hadley
(Admitted pro hac vice)
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060

*Attorneys for Plaintiffs
Fan Fi International, Inc. and ETL, LLC*

/s/ Jason B. Lattimore
Jason B. Lattimore
Jason@LattimoreLaw.com
THE LAW OFFICES OF
JASON B. LATTIMORE, ESQ., LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 998-7477
Fax: (973) 264-1159

Michael D. Hoy
mhoy@nevadalaw.com
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Tel: (973) 998-7477

*Attorneys for Defendant,
Interlink Products International, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: August 10, 2017

10079970_1

2