1  Tamara Reid (SBN 9840)
   HOLLAND & HART LLP
2  5441 Kietzke Lane, Second Floor
   Reno, Nevada 89511
3  Phone: (775) 327-3000
   Fax: (775) 786-6179
4  treid@hollandhart.com

5
   Brent E. Johnson (Admitted *pro hac vice*)
6  HOLLAND & HART LLP
   222 South Main St., Suite 2200
7  Salt Lake City, UT 84101
   Phone: (801) 799-5873
8  Fax: (801) 618-4238
   bjohnson@hollandhart.com
9  cbhadley@hollandhart.com

10 Christopher B. Hadley
   (Admitted *pro hac vice*)
11 DART, ADAMSON & DONOVAN
   1225 Deer Valley Drive, Suite 201
12 Park City, Utah 84060
   Phone: (435) 615-2264
13 Fax: (435) 608-1697
   cbhadley@dadlaw.net
14
   *Attorneys for Plaintiffs*
15 *Fan Fi International, Inc. and ETL, LLC*

   Jason B. Lattimore
   THE LAW OFFICES OF
   JASON B. LATTIMORE, ESQ., LLC
   55 Madison Avenue, Suite 400
   Morristown, NJ 07960
   Jason@LattimoreLaw.com
   Tel: (973) 998-7477
   Fax: (973) 264-1159

   Michael D. Hoy
   HOY CHRISSINGER KIMMEL VALLAS, PC
   50 West Liberty Street, Suite 840
   Reno, Nevada 89501
   Tel: (973) 998-7477
   mhoy@nevadalaw.com

   Attorneys for Defendant,
   *Interlink Products International, Inc*

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 08 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*ORDER*

| | |
|---|---|
| 19  FAN FI INTERNATIONAL, INC., a Nevada corporation, and ETL, LLC d/b/a OXYGENICS, a Nevada limited liability company,<br>21                   Plaintiffs,<br>22  v.<br>23  INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br>24                   Defendant. | Case No. 3:16-cv-00661-RCJ-VPC<br><br>**JOINT STATUS REPORT** |

Plaintiffs Fan Fi International, Inc. and ETL, LLC ("Plaintiffs") and Defendant Interlink Products International, Inc. ("Defendant"), hereby submit this Joint Status Report pursuant to this Court's minute order (ECF No. 85).

Over the past several weeks, the Parties have exchanged multiple drafts of a settlement agreement that is intended to resolve this case as well as the case brought by Defendant against Plaintiffs in the United States District Court for the District of New Jersey. While a few settlement issues remain unresolved, the Parties have worked diligently to bridge the differences between them to achieve a final written settlement agreement but will not be able to have a final agreement executed by December 8, 2017.

The parties contemplate finalizing the settlement within the next 30 days and request the Court allow the parties this additional time to complete the settlement. The parties propose that they file before close of business on Monday, January 8, 2018, a stipulation for dismissal or a joint case management report addressing how best to proceed with this case.

DATED this 7th day of December, 2017.

/s/ Tamara Reid
Tamara Reid (SBN 9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Brent E. Johnson (Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101

Christopher B. Hadley
(Admitted pro hac vice)
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060

*Attorneys for Plaintiffs*
*Fan Fi International, Inc. and ETL, LLC*

/s/   Michael D. Hoy
Jason B. Lattimore
Jason@LattimoreLaw.com
THE LAW OFFICES OF
JASON B. LATTIMORE, ESQ., LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 998-7477
Fax: (973) 264-1159

Michael D. Hoy
mhoy@nevadalaw.com
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Tel: (973) 998-7477

*Attorneys for Defendant,*
*Interlink Products International, Inc.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: December 8, 2017

2

**PROOF OF SERVICE**

Pursuant to FRCP 5 and LR 5-4, Liz Ford declares:

I am an employee of Holland & Hart LLP. On December 8, 2017, I electronically filed the foregoing document with the U.S. District Court for the District of Nevada using the CM/ECF system, which will send a notice of electronic filing to the following lawyers and parties: Jason Lattimore, The Law Office of Jason B. Lattimore, Esq., and Michael D. Hoy, Hoy Chrissinger Kimmel Vallas, PC, for Defendant Interlink Products International, Inc.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: December 7, 2017.

/s/   *Liz Ford*
       Liz Ford

10488989_1