Tamara Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
treid@hollandhart.com

Brent E. Johnson (Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
bjohnson@hollandhart.com
cbhadley@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice)*
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Phone: (435) 615-2264
Fax: (435) 608-1697
cbhadley@dadlaw.net

*Attorneys for Plaintiffs*
*Fan Fi International, Inc. and ETL, LLC*

Jason B. Lattimore
THE LAW OFFICES OF
JASON B. LATTIMORE, ESQ., LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Jason@LattimoreLaw.com
Tel: (973) 998-7477
Fax: (973) 264-1159

Michael D. Hoy
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Tel: (973) 998-7477
mhoy@nevadalaw.com

Attorneys for Defendant,
*Interlink Products International, Inc*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FAN FI INTERNATIONAL, INC., a Nevada corporation, and ETL, LLC d/b/a OXYGENICS, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation, <br><br> Defendant. | Case No. 3:16-cv-00661-RCJ-VPC <br><br> **JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL** |

Plaintiffs Fan Fi International, Inc. and ETL, LLC ("Plaintiffs") and Defendant Interlink Products International, Inc. ("Defendant"), hereby submit this Joint Stipulation To Extend Time To File Dismissal.

On January 16, 2018, the parties executed a Settlement Agreement. Under the terms of the Settlement Agreement, Plaintiffs have twenty (20) days to provide Defendant with certain information regarding inventory and orders. Upon receipt and review of the documentation, Interlink has seven (7) days to exercise an option to void the Settlement Agreement. Upon the expiration of this time period, Interlink has five (5) business days to dismiss the related New Jersey action. Upon such dismissal, Plaintiffs have five (5) business days to dismiss the present case.

///

///

Based on the deadlines in the Settlement Agreement, and assuming Defendant does not void the Settlement Agreement pursuant to a limited term contained in the Settlement Agreement, Plaintiffs anticipate filing a stipulation for dismissal of this case with prejudice by February 28, 2018.

Based on the foregoing, the parties jointly stipulate to and request that the Court enter an order extending the time for the filing of a stipulated dismissal up to and including February 28, 2018.

DATED this 17th day of January, 2018.

 /s/   Tamara Reid
Tamara Reid (SBN 9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Brent E. Johnson (Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101

Christopher B. Hadley
(Admitted pro hac vice)
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060

*Attorneys for Plaintiffs*
*Fan Fi International, Inc. and ETL, LLC*

 /s/    Michael D. Hoy
Jason B. Lattimore
Jason@LattimoreLaw.com
THE LAW OFFICES OF
JASON B. LATTIMORE, ESQ., LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 998-7477
Fax: (973) 264-1159

Michael D. Hoy
mhoy@nevadalaw.com
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Tel: (973) 998-7477

*Attorneys for Defendant,*
*Interlink Products International, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___ January 17, 2018. ___