# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FAN FI INTERNATIONAL, INC., et al., | ) ) ) | 3:16-CV-0661-RCJ (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) ) | February 1, 2018 |
| INTERLINK PRODUCTS INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

For many months, the parties have notified this court that they have executed a settlement agreement and are in the midst of finalizing a settlement (ECF Nos. 79, 82, 84, 86, & 88). A stipulation to dismiss is due on February 28, 2018. Therefore, the motion to stay discovery (ECF No. 50), and the motion for protective order (ECF No. 51) are **DENIED without prejudice**. If this case is not ultimately dismissed, the defendant has leave to refile the motions.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
Deputy Clerk