Tamara Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
treid@hollandhart.com

Brent Johnson
(Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
bjohnson@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice)*
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Phone: (435) 615-2264
Fax: (435) 608-1697
cbhadley@dadlaw.net

*Attorneys for Plaintiffs Fan Fi International, Inc. and ETL, LLC d/b/a Oxygenics*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FAN FI INTERNATIONAL, INC., a Nevada corporation, and **ETL, LLC d/b/a OXYGENICS**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**INTERLINK PRODUCTS INTERNATIONAL, INC.**, a New Jersey corporation,<br><br>Defendant. | Case No.: 3:16-cv-00661-RCJ-VPC<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

Plaintiffs Fan Fi International, Inc. and ETL, LLC d/b/a/ Oxygenics (collectively, "Plaintiffs") and Defendant Interlink Products International, Inc. ("Defendant" or "Interlink"), by and through their undersigned counsel, hereby stipulate that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 22nd day of February, 2018.

/s/ Tamara Reid
Tamara Reid (9840)
**HOLLAND & HART LLP**
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Plaintiffs Fan Fi International, Inc. and ETL, LLC d/b/a Oxygenics*

DATED this 22nd day of February, 2018.

/s/ Michael D. Hoy
Michael D. Hoy (2723)
**HOY CHRISSINGER KIMMEL VALLAS, PC**
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
*Attorneys for Defendant Interlink Products International, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2-23-18